UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.   Case No. 8:00-cr-179-T-24MSS

CARLOS RIVERA.

_____

O R D E R

  Defendant Carlos Rivera filed a "Motion To Correct Sentence and Modify Judgement in Accordance To Sentencing Reform Act 1984 and 1987 Federal Sentencing Guidelines, Pursuant to 18 U.S.C. § 3582 Et. Seq." (Doc. No. 88).  The Court construed the motion as a successive 28 U.S.C. § 2255 Motion To Vacate, Set Aside, or Correct an Allegedly Illegal Sentence and denied the motion.

  Defendant has filed a Notice of Appeal.  Pursuant to Edwards v. United States, 114 F.3d 1083 (11th Cir. 1997), the Court construes the Notice of Appeal as a request for a certificate of appealability.

  To merit a certificate of appealability, Defendant must show that reasonable jurists would find debatable both (1) the merits of an underlying claim, and (2) the procedural issues he seeks to raise.  See 28 U.S.C. § 2253(c)(2); Slack v. McDaniel, 529 U.S. 473, 475 (2000).[1]  Defendant has failed to meet this standard.  Therefore, Defendant has failed to satisfy the Slack test. See also, Franklin v. Hightower, 215 F.3d 1196 (11th Cir. 2000).

  Accordingly, the Court orders:

---

[1] Miller-El v. Cockrell, 123 S.Ct. 1029 (2003) does not change the Slack standard.  See Ziegler v. Crosby, 345 F.3d 1300, 1303 n.4 (11th Cir. 2003).

That Defendant Rivera's construed request for a certificate of appealability (Doc. No. 91) is denied.

ORDERED in Tampa, Florida, on August 2, 2005.

SUSAN C. BUCKLEW
United States District Judge

AUSA: James C. Preston

Pro Se Litigant: Carlos Rivera